IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   11-cr-00376-WJM-3

UNITED STATES OF AMERICA,

    Plaintiff,
v.

TOR OLSON,

    Defendant.

## ORDER RELEASING FUNDS

Hearing was held on November 7, 2011 on Defendant's Motion to Modify Conditions of release. The Court granted the motion and allowed defendant to retrieve his passport to travel provided he post $5,000 and return his passport to the clerk's office by 12:00 noon on December 1, 2011. The defendant has re-surrender his passport as ordered. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant. However, since the case is still pending, the bond is not exonerated at this time.

DATED at Denver, Colorado, this 1st day of December 1, 2011.

BY THE COURT:

By: s/Michael J. Watanabe
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO