**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 11-cr-00376-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1.     EXECUTIVE RECYCLING, INC.,
2.     BRANDON RICHTER, and
3.     TOR OLSON,

    Defendants.

## ORDER

This matter is before the Court on Defendants Executive Recycling, Inc., and Brandon Richter's Renewed Motion for Release of Grand Jury Transcripts filed December 19, 2011 (ECF No. 71), and Defendant, Tor Olson's Notice of Joinder filed December 20, 2011 (ECF No. 72). The Court having reviewed the Motion and the Jointer Notice hereby ORDERS as follows:

The Defendants' Motion is GRANTED. Pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(I) it is ORDERED that a copy of the transcript of the testimony given before the grand jury and related exhibits, be disclosed to the attorneys for each Defendant for preparation for trial. It is FURTHER ORDERED that:

1.     Defense counsel is to make only such copies as are necessary to prepare a defense of this criminal case;

2. Defense counsel is to keep a written record concerning how many copies were made, to whom those copies were delivered, and the date of delivery, and that defense counsel is to deliver a copy of this Order allowing disclosure with these materials;

3. Defense counsel is to provide Defendants Brandon Richter and Tor Olson with reasonable access to the grand jury materials, but that defense counsel is not to allow the Defendants to retain copies of any grand jury materials;

4. No officer, director or employee of Defendant Executive Recycling, Inc., other than the individual Defendants herein, may be permitted to view any grand jury materials without prior leave of Court which will be granted only for good cause shown;

5. No person, other than defense counsel, is to make any copy of the grand jury materials for any purpose; and

6. At the conclusion of the case in this Court, by entry of the Court's judgment, defense counsel is to collect all such copies and return them to the Government within ten days.

Dated this 20th day of December, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge