**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 11-cr-00376-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1.     EXECUTIVE RECYCLING, INC.,
2.     BRANDON RICHTER, and
3.     TOR OLSON,

    Defendants.

## ORDER

This matter is before the Court *sua sponte*. The trial in this matter is currently set to commence on January 30, 2012, and a Final Trial Preparation Conference is currently set for January 20, 2012. (*See* ECF No. 20.) Currently pending before the Court are:

(1) Plaintiff USA's Amended Motion for Deposition Pursuant to Fed. R. Crim. P. 15 (ECF No. 37);

(2) Defendants Executive Recycling, Inc. ("ER") and Brandon Richter's Motion to Strike Surplusage from Indictment (ECF No. 60), in which Defendant Tor Olson has joined (ECF No. 62);

(3) Defendant Olson's Motion to Dismiss Counts 1-13 of the Indictment (ECF No. 61), in which Defendants ER and Richter have joined (ECF No. 70);

(4) Defendant Olson's Motion for Bill of Particulars (ECF No. 63); and

(5) Defendant Olson's Request for Evidentiary Hearing on Pretrial Motions (ECF No. 64). The first motion listed above is now fully briefed (as of December 28, 2011). The second, third, fourth, and fifth motions listed above were filed on December 16, 2011, the last day in which to file pretrial motions. (*See* ECF No. 20.) The Government has until January 9, 2012 to respond to those motions. (*See* ECF No. 22.)

With the exception of Defendants' Motion to Strike Surplusage from Indictment, ECF No. 60, all of Defendants' remaining motions raise issues which require resolution before trial can begin. This is particularly true with regard to the Government's Amended Motion for Deposition, ECF No. 37, and Defendants' Motion to Dismiss Counts 1 -13 of the Indictment, ECF No. 61. As a result, and given the nature and complexity of the issues raised by the pending motions, in addition to the fact that trial is scheduled for one month from today, the Court reluctantly concludes that no viable alternative exists other than for it to vacate the current trial date and date for the Final Trial Preparation Conference.

In accordance with the foregoing, the Court hereby VACATES the current trial date of January 30, 2012 and the current setting of January 20, 2012 for the Final Trial Preparation Conference. The Court will reset the trial date and date for the Final Trial Preparation Conference once it has ruled on the referenced motions.

Dated this 30th day of December, 2011.

BY THE COURT:

William J. Martínez
United States District Judge