IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 11-cr-00376-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     EXECUTIVE RECYCLING, INC.,
2.     BRANDON RICHTER, and
3.     TOR OLSON,

    Defendants.

---

**ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION
FOR PROTECTIVE ORDER**

---

This matter is before the Court on the government's motion for a Protective Order (ECF No. 163) pursuant to Fed. R. Crim. P. 16(d)(1) covering the shipper export declarations (SEDs) bates stamped 00008513 to 00009664. The Court having considered this motion and for good cause shown it hereby ORDERS as follows:

The Government's Unopposed Motion is GRANTED. Specifically the Court ORDERS that the SEDs previously provided by governed by the following conditions:

1. Defense counsel shall keep the SEDs and any notes or other materials prepared based upon or referring to information in the SEDs in strict confidence. Defense counsel shall use them exclusively in connection with this case (including trial preparation, motions practice, trial, and appeals or other related legal proceedings) and for no other purpose.

2. The SEDs may be viewed only by defense counsel and such members of their staff as are necessary for the purposes outlined above and, as it pertains to staff,

only while necessary staff are operating under the direct supervision and control of defense counsel. Defense counsel shall ensure that all persons in their offices who are to handle such information read this Order and are informed of their responsibility to safeguard this information. The SEDs may also be shared with defense experts and investigators but again, such experts and investigators must read this Order and be informed of their responsibility to safeguard this information.

3. Defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case. Defense counsel will maintain a log of any copies distributed to experts or investigators, and will include a copy of this Order along with any such copies.

4. Defense counsel shall provide the Defendants with reasonable access to the SEDs, and ensure that the Defendants do not retain any copies of the SEDs, or any notes made by Defendants or others in connection with the SEDs.

5. At the conclusion of the case, including any appeals, by entry of the Court's judgment, defense counsel within ten days shall collect any copies provided to experts or investigators and return them to the Government.

Dated this 24th day of October, 2012.

BY THE COURT:

_____
William J. Martinez
United States District Judge