IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 11-cr-00376-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL ANTONIO ROSALES-MIRANDA,

    Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

    IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective exhibits from the jury trial until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

    DATED at Denver, Colorado this 21st day of December 2012.

BY THE COURT

_____
William J. Martínez, Judge

_____
Attorney for Plaintiff:

_____
Attorney for Defendant Executive Recycling, Inc.
and Brandon Richter:

_____
Attorney for Defendant Tor Olson: