# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Criminal Case No. 11-cr-00376-WJM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  EXECUTIVE RECYCLING, INC.,
2.  BRANDON RICHTER, and
3.  TOR OLSON,

 Defendants.
_____

## ORDER RETURNING GOVERNMENT'S EXHIBIT NOS. 1000 and 1001
_____

  During the jury trial in the above-captioned case the Government submitted for the record Exhibit Nos. 1000 and 1001.  Exhibit No. 1000 was described as the hard copy of the video-taped deposition of Edmond Fung, with the portions that were actually played in court indicated; and Exhibit No. 1001 was described as the hard copy of the video-taped deposition of Gary Tam, with the portions that were actually played in court indicated.

  Color copies of the Government Exhibit Nos. 1000 and 1001 were made, by the courtroom deputy, for defense counsel and given to Lucy H. Deakins, Esq. on the 13th day of trial, December 19, 2012.

  The court does not keep original exhibits from hearings or trials.  Therefore, Government's original Exhibit Nos. 1000 and 1001 shall be returned to Government's

counsel, along with a copy of this Order. These exhibits are subject to the same Stipulation and Order Regarding Custody Of Exhibits entered on December 21, 2012.

Dated this  9th  day of January 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge