**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 11-cr-00376-WJM

UNITED STATES OF AMERICA,

 Plaintiff,

vs.

1. **EXECUTIVE RECYCLING, INC.,**
2. **BRANDON RICHTER, and**
3. **TOR OLSON**,

 Defendants.

---

**ORDER SETTING BRIEFING SCHEDULE ON ALL REMAINING
SENTENCING-RELATED ISSUES AND MOTIONS**

---

After a jury trial, Defendants were convicted on a number of counts involving wire fraud, violation of environmental regulations, and obstruction of justice. (ECF No. 271.) On April 3, 2013, the Court held a full-day evidentiary hearing on the amount of loss attributable to Defendants' fraud for purposes of U.S.S.G. § 2B1.1. (ECF No. 341.) Individualized sentencing hearings are currently set for April 29-30, 2013. (ECF No. 316.)

The purpose of this Order is to set deadlines and briefing schedules for all remaining motions and outstanding issues. The Court hereby ORDERS as follows:

1. The Government's response to Defendant's Objections (ECF Nos. 317, 318, 319) to the Presentence Investigation Reports (ECF Nos. 307, 308, 312) shall be filed by **April 15, 2013**. No replies will be permitted;

2. The Probation Officers assigned to this case shall meet their obligations under Fed. R. Crim. P. 32(g) not later than **April 30, 2013**;

3. All sentencing-related motions shall be filed by **April 15, 2013**. Any response thereto must be filed by **April 26, 2013**. No replies will be permitted;

4. In due course after the briefing is complete, the Court will issue a written order adjudicating the Objections to the Presentence Investigation Reports as well as calculating the amount of loss for purposes of determining the loss-related sentencing enhancement, if any, to be imposed by the Court pursuant to U.S.S.G. § 2B1.1;

5. The sentencing hearings scheduled for April 29 and 30, 2013 are **VACATED**. Following entry of the Court's written order on the parties' Objections and the amount of loss, the Court will reset the individualized sentencing hearings. At the individualized sentencing hearings, the Court will address all motions for non-guideline sentences and any other outstanding sentencing issues.

Dated this 5th day of April, 2013.

BY THE COURT:

William J. Martinez
United States District Judge