**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 11-cr-00376-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1.     **EXECUTIVE RECYCLING, INC.,**
2.     **BRANDON RICHTER, and**
3.     **TOR OLSON**,

    Defendants.

## ORDER SETTING DEFENDANTS' INDIVIDUALIZED SENTENCING HEARINGS

On December 21, 2012, Defendants Executive Recycling and Brandon Richter were convicted on nine counts of a sixteen count Indictment, while Tor Olson was convicted on eight counts. (ECF Nos. 271-15, 271-16 & 271-17.) Following trial, the Probation Department prepared Presentence Investigation Reports ("PSIR") for each Defendant, and a host of sentencing-related briefs were filed by the parties. On June 17, 2013, the Court entered a written Order addressing nearly all of Defendants' objections to their respective PSIRs, as well as a variety of other sentencing-related issues. (ECF No. 366.)

Having resolved the majority of the sentencing-related issues, the Court hereby SETS the following proceedings:

1.     An individualized sentencing hearing for Executive Recycling will be held on July 23, 2013 at 9:30 a.m. in Courtroom A801. In the Court's view, the only issues

left for resolution at this hearing are:

    a. Whether Techcycle is Executive Recycling's alter ego, as argued in the Government's April 15, 2013 Sentencing Statement (ECF No. 352);

    b. All factors set forth in 18 U.S.C. § 3553(a) in accordance with determining the appropriate amount of the fine assessed;

    c. Whether the interest requirement should be waived;

    d. Restitution - the appropriate apportionment between the parties; and

    e. Forfeiture - entry of final order of forfeiture as part of the judgment.

2. An individualized sentencing hearing for Brandon Richter will be held on July 23, 2013 immediately following the sentencing hearing for Executive Recycling in Courtroom A801. In the Court's view, the following issues will need to be resolved at Brandon Richter's sentencing hearing:

    a. Brandon Richter's Objection to the PSIR's statement that his currently operating business will be able to operate if he is sentenced to a term of imprisonment (ECF No. 318);

    b. Brandon Richter's Motion for Non-Guideline Sentence (ECF No. 321), the Government's Opposition thereto (ECF No. 358), and the Government's objection to PSIR's recommendation for variant sentence (ECF No. 345), all of which necessarily include consideration of all of the factors set forth in 18 U.S.C. § 3553(a);

    c. Restitution - the appropriate apportionment between the parties;

    d. Forfeiture - entry of final order of forfeiture as part of the judgment.

3. An individualized sentencing hearing for Tor Olson will be held on July 17, 2013

at 2:00 p.m. in Courtroom A801. In the Court's view the following issues will need to be resolved at Tor Olson's sentencing hearing:

    a. Tor Olson's Motion for Departure and/or Variance (ECF No. 353), the Government's Response thereto (ECF No. 357), and the Government's Objection to PSIR's recommendation for variant sentence (ECF No. 345), all of which necessarily include consideration of all of the factors set forth in 18 U.S.C. § 3553(a);

    b. Restitution - the appropriate apportionment between the parties; and

    c. Forfeiture - entry of final order of forfeiture as part of the judgment.

4. To the extent counsel disagrees with the Court's view on the issues that remain to be determined at sentencing, counsel may file a notice on or before June 28, 2013. Said notice shall consist solely of a list of any other issues which counsel believe still need to be resolved at the sentencing hearings. The Court **WILL NOT** accept any additional briefing on any issues.

Dated this 17th day of June, 2013.

                                      BY THE COURT:

                                      William J. Martinez
                                      United States District Judge